IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
IN ADMIRALTY

| | |
|---|---|
| BEACH FIRST NATIONAL BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C/A NO. 4:09-cv-02804-TLW |
| | ) |
| M/Y GHOST RUNNER (O.N. 1024716), her engines, boilers, tackle, furniture, equipment, fixtures, and apparel, In Rem and BRUCE GREGORY HARRISON, III, a/k/a BRUCE GREGORY HARRISON, In Personam, | ) |
| | ) |
| Defendants. | ) |

## ORDER AUTHORIZING
## PUBLICATION OF NOTICE OF ACTION AND ARREST

Plaintiff Beach First National Bank has moved this Court for an Order authorizing the publication of notice of arrest and designating the Myrtle Beach Sun News as a newspaper of general circulation in the District.

**IT IS HEREBY ORDERED** that, in the event that the vessel is not released from the arrest within ten (10) days of its arrest, Plaintiff shall publish such notice promptly, in accordance with Exhibit "A" to the subject Motion.

**[CONTINUED NEXT PAGE]**

Further, the Court finds that the Myrtle Beach Sun News is a newspaper of general circulation in the District and is appropriate for the publication of such notice.

**AND IT IS SO ORDERED.**

s/ Terry L. Wooten
Terry L. Wooten
UNITED STATES DISTRICT JUDGE

Florence, South Carolina
December 10, 2009